■ JOANN MONGELLO, Appellant, v KAMAL KUMAR et al., Respondents. [624 NYS2d 873] —Appeal by the plaintiff from an

order of the Supreme Court, Suffolk County (Gerard, J.), dated September 29, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Gerard at the Supreme Court. Bracken, J. P., Rosenblatt, Lawrence, Krausman and Goldstein, JJ., concur.